IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           No. 4:14-cr-90-DPM

KEMPHENY STEWART                                                      DEFENDANT

## ORDER

The Court directs the Clerk to issue a summons for Kempheny Stewart. № 16. The Court will hold a hearing on the motion to revoke Stewart's supervised release at 2:00 p.m. on Tuesday, 14 July 2015. Stewart must appear. The Court appoints assistant federal public defender Kim Driggers to represent Stewart during this proceeding.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 July 2015